**Order entered June 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01383-CR

**VARINA G. HARDIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-80250-2012**

## ORDER

The Court **GRANTS** the State's May 23, 2013 motion to extend time to file its brief. We

**ORDER** the State to file its brief by July 5, 2013.


/s/      DAVID EVANS
          JUSTICE